# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

FILED
2012 JUL 11 PM 2:11
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

KEITH STEWART

**WAIVER OF INDICTMENT**

Criminal No. 2:12-cr-84-FtM-99 DNF

I, Keith Stewart, the above named defendant, who is accused of presenting false claims to the United States and identity theft, in violation of Title 18, United States Code, Sections 287, and 641, all in violation of Title 18, United States Code, Section 1028A, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
KEITH STEWART
Defendant

_____
JEAN-PAUL GALASSO
Counsel for Defendant

Before _____
          Judicial Officer

N:\_Criminal Cases\S\Stewart, Keith_2011R_DLM\P_Waiver of Indictment.wpd